IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**LAKELAND MARKETPLACE, INC.**                                    **PLAINTIFF**

vs.                             **CIVIL ACTION NO. 3:08-cv-00722-DPJ-JCS**

**PANOLA COUNTY, MISSISSIPPI;**
**PANOLA COUNTY, MISSISSIPPI**
**BOARD OF SUPERVISORS; and**
**JIM PITCOCK, in his official capacity as**
**CHANCERY CLERK of**
**PANOLA COUNTY, MISSISSIPPI**                                  **DEFENDANTS**

## FINAL AGREED ORDER OF DISMISSAL

THIS CAUSE came on for hearing on the joint motion *ore tenus* of Plaintiff and Defendants for an order of dismissal of this action, after having considered said motion and after being advised that all parties consent to the entry of this order, is of the opinion that Plaintiff's action against Defendants should be dismissed with each party to pay their own costs.

IT IS, THEREFORE, ORDERED that Plaintiff's cause of action against Defendants be dismissed with each party to pay their own costs.

**SO ORDERED** this the 14th day of July, 2009.

                                                                       s/ *Daniel P. Jordan III*
                                                                       UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED:

s/ *Stephen J. Carmody*                              s/ *William Liston III*
Stephen J. Carmody, Esquire                     William Liston III, Esquire
Attorney for Plaintiff                                     Attorney for Defendants

00793428